NUMBER 13-99-194-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


FIRST LIFE ASSURANCE COMPANY, ET AL.
, Appellants,


v.



VIBERT G. KLINEFELTER, ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 370th District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Rodriguez


Opinion Per Curiam


 Appellants, FIRST LIFE ASSURANCE COMPANY, ET AL., perfected
an appeal from a judgment entered by the 370th District Court of
Hidalgo County, Texas, in cause number C-6930-96-G. After the record
and briefs were filed and after the cause was submitted to the Court,
the parties filed a joint motion to dismiss the appeal. In the motion, the
parties state that they have reached a proposed settlement in this case. 
The parties request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint
motion to dismiss the appeal, is of the opinion that the motion should
be granted. The joint motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 26th day of May, 2000.